**Order entered October 24, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01115-CR**

**LAVACE DURELL MORGAN AKA LAVANCE DURELL JENKINS,**
**Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 21838**

**ORDER**

On October 18, 2022, the Court received a pro se "Motion for Appointment of Counsel on Nunc Pro Tunc and Notice to Appeal Nunc Pro Tunc." The notice of appeal states "The Court has entered a Judgment to the Nunc Pro Tunc and defendant seeks to appeal the decision."

A review of the trial court's online docket sheet shows appellant filed a motion for nunc pro tunc relief on July 28, 2022. The online docket sheet does not show any ruling on the motion.

This Court has no jurisdiction to entertain an appeal unless the trial court has entered a judgment or appealable order. *See* TEX. R. APP. P. 26.2(a)(1); *State v. Sanavongxay*, 407 S.W.3d 252, 259 (Tex. Crim. App. 2012); *Henderson v. State*, 153 S.W.3d 735, 735–36 (Tex. App.—Dallas 2005, no pet.). To assist the Court in determining whether we have jurisdiction to proceed, we order the following relief.

We **ORDER** the Hunt County District Clerk to review its records to determine if the trial court has entered a judgment or written order ruling on appellant's pro se motion motion for nunc pro tunc relief. If the Hunt County District Clerk's records show the trial court has not entered a judgment or written order ruling on appellant's pro se motion seeking nunc pro tunc relief, then we **ORDER** the Hunt County District Clerk to file, by **November 14, 2022**, a verification that the trial court has not entered a judgment or written order ruling on appellant's pro se motion for nunc pro tunc relief.

If the Hunt County District Clerk's records show the trial court has entered a judgment or written order ruling on appellant's pro se motion for nunc pro tunc relief, then we **ORDER** the Hunt County District Clerk to file, by **November 14, 2022**, a clerk's record containing the motion for nunc pro tunc relief, any response to the motion by the State, any other documents related to the motion for nunc pro tunc relief, the trial court's written judgment or order ruling on the motion for nunc pro tunc relief, any findings of fact the trial court has entered on the motion for

nunc pro tunc relief, the trial court's certification of the right to appeal, and any other documents filed with the clerk that the parties request.

Because the Court questions its jurisdiction over this appeal, we will defer ruling on motions or other matters until we receive the verification or record from the district clerk and determine whether we have jurisdiction to proceed.

We **DIRECT** the Clerk of the Court to transmit copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; to Susan Spradling, Hunt County District Clerk; to Noble Walker, Hunt County District Attorney; and to Lavace Durell Morgan, TDCJ No. 01284341; Estelle Unit; 264 FM 3478; Huntsville, Texas 77320-3320.


/s/    LANA MYERS
       JUSTICE